FILED

Feb 05 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ROLLINGS, <br>     Plaintiff, <br>     v. <br> MICHAEL HOROWITZ, <br>     Defendant. | Case No. 21-cv-00834 NC (PR) <br><br> **ORDER OF TRANSFER** |

Plaintiff, a federal inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983.  The events of which Plaintiff complains occurred at the Federal Correctional Institution, Terminal Island, which is located in San Pedro, CA.  The institution is within the Central District of California.  *See* 28 U.S.C. § 84(c).  Venue therefore is proper in the Central District of California, and not in this one.  *See* 28 U.S.C. § 1391(b).  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Central District of California.  The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

DATED:  February 5, 2021

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 21-cv-00834 NC (PR)
ORDER OF TRANSFER